RECEIVED
DEC 13 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNY THOMAS** | * | **CIVIL NO. 05-1214** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **WARDEN BURL CAIN** | * | **MAGISTRATE JUDGE HILL** |

## ORDER

Before the court is a pleading filed on July 1, 2005 by *pro se* petitioner, Kenny Thomas, entitled "Affidavit in Support of Request for Obtaining Records and Providing Information" which the Clerk has construed as Motion. [rec. doc. 2]. Considering the undersigned's November 4, 2005 Memorandum Order requiring petitioner to amend his petition and to submit various state court pleadings in support of same, and the grant of petitioner's motion for an extension of time to comply with that Memorandum Order issued this date;

To the extent that petitioner's pleading may be construed as a Motion, the Motion [rec. doc. 2] is **DENIED**.

Signed this 13 day of December, 2005, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE