RECEIVED
SEP 1 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
OCT 1 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| KENNY THOMAS | CIVIL ACTION NO. 05-1214 |
| VS. | SECTION P |
| WARDEN BURL CAIN | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the instant federal *habeas corpus* petition is **DENIED AND DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 16 day of October, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE